IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOANN IRENE COLLINS                                                                                   PLAINTIFF

       V.                              NO.  13-2140

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this January 21, 2014.

                                              */s/ J. Marschewski*
                                              HONORABLE JAMES R. MARSCHEWSKI
                                              Chief United States Magistrate Judge

+